CRAWFORD, Judge
(concurring in part and in the result):
While I agree with the majority as to the disposition and analysis of Issue I and the affirmance of the United States Navy-Marine Corps Court of Criminal Appeals, I write separately to disassociate myself from this Court’s analysis of Issue II, which is based on its prospective rule set forth in United States v. Moreno, 63 M.J. 129, 135-41 (C.A.A.F.2006), and its misapplication of the Barker v. Wingo, 407 U.S. 514, 530, 92 S.Ct. 2182, 33 L.Ed.2d 101 (1972), test. See Moreno, 63 M.J. at 144 (Crawford, J., concurring in part and dissenting in part).